B4 (Official Form 4) (12/07)      UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF CALIFORNIA

| Debtor: **Premier Golf Properties LP** | Case No. (if known):<br>Chapter 11 |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | Patrick O'Connor<br>5464 Grossmont Center Drive<br>La Mesa  CA 91942 | | | | 71,500.00 |
| 2 | SDG&E<br>PO Box 25111<br>Santa Ana  CA  92799 | | | | 46,767.44 |
| 3 | Tina Brewer<br>c/o Mark T Brisebois<br>2488 Historic Decatur Road  Ste 200<br>San Diego  CA  92106 | | | | 40,880.00 |
| 4 | Yamaha<br>c/o Armen Hairapetian<br>70 S Lake Avenue  Ste 820<br>Pasadena  CA  91101 | | | | 39,500.00 |
| 5 | Preferred Employers Insurance Co<br>File Number 55624<br>Los Angeles  CA  90074 | | | | 11,194.00 |
| 6 | Barrett Pump<br>1695 National Avenue<br>San Diego  CA  92113 | | | | 8,255.52 |
| 7 | Cart Mart Inc<br>237 South Bent Ave<br>San Marcos  CA 92078 | | | | 6,544.80 |
| 8 | Turf Maker<br>651 Anita St<br>Chula Vista  CA  91911 | | | | 5,083.87 |
| 9 | US Trustee<br>402 W Broadway Suite 600<br>San Diego  CA  92101 | | | | 4,875.00 |
| 10 | Otay Water District<br>PO Box 51375<br>Los Angeles  CA  90051 | | | | 4,565.41 |

| Debtor: **Premier Golf Properties LP** | Case No. (if known): Chapter 11 |
|---|---|

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11  California Choice<br>PO Box 7088<br>Orange  CA  92863 | | | | 3,543.83 |
| 12  State Board of Equalization<br>San Diego District Office<br>15015 Avenue of Science #200<br>San Diego  CA  92128 | | | | 2,949.00 |
| 13  Golf Carts & More<br>1145 Industrial Ave  Ste D<br>Escondido  CA  92029 | | | | 2,851.20 |
| 14  Helix Mechanical<br>1100 N. Magnolia Ave Suite L<br>El Cajon  CA  92020 | | | | 2,652.50 |
| 15  SKS Petroleum Distributors<br>PO Box 46110<br>Escondido  CA  92046 | | | | 2,607.13 |
| 16  Crest Beverage LLC<br>PO Box 848536<br>Los Angeles  CA  90084 | | | | 2,081.50 |
| 17  Republic Master Chefs<br>PO Box 15267<br>Los Angeles  CA  90015 | | | | 1,640.68 |
| 18  SCGA<br>PO Box 7186<br>North Hollywood  CA  91615 | | | | 1,551.00 |
| 19  Cox Communications San Diego<br>PO Box 53214<br>Phoenix  AZ  85072 | | | | 1,277.38 |
| 20  US Foodservice<br>PO Box 100131<br>Pasadena  CA  91189 | | | | 1,247.01 |

    I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 02/24/2015

/s/ Daryl Idler
Signature

Daryl Idler
Print Name and Title