1  **DARVY MACK COHAN**   State Bar Number 056753
   Attorney at Law
2  7855 Ivanhoe Avenue, Suite 400
   La Jolla, California 92037
3  Telephone Number (858) 459-4432
   Facsimile Number  (858) 454-3548
4
   Proposed Special Litigation Counsel
5  for Debtor and Debtor-in-Possession
   Premier Golf Properties, LP
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11 In re                              )   **Bankruptcy No.**  15-01068-CL11
                                      )
12 PREMIER GOLF PROPERTIES, LP,       )   **DECLARATION OF**
   a California limited partnership   )   **DARYL IDLER RE EMPLOYMENT**
13                                    )   **OF DARVY MACK COHAN AS**
                                      )   **SPECIAL LITIGATION COUNSEL**
14         Debtor and Debtor-in-Possession )
   _____ )   HEARING DATE
15                                             Date:   March 18, 2015
                                               Time:   11:00 AM
16                                             Dept:   5

17        I, Daryl Idler, declare:

18        1.        I am an officer of the general partner of Premier Golf Properties, LP ("Premier"), the

19 debtor in possession. In that capacity I operate Premier's business and have done so since 2002.

20 Accordingly, I have personal knowledge of all of the facts set forth herein and, if called upon as a

21 witness, I could and would so testify.

22        2.        In May, 2011, Premier was engaged in litigation with its lender, and during the

23 course thereof, Premier was compelled to file a petition under the auspices of Chapter 11 of the

24 United States Bankruptcy Code (the "Former Case"). In order to do so we engaged

25 Jack F. Fitzmaurice, Esq., as Premier's General Insolvency counsel, and Darvy Mack Cohan, as

26

27

28

Special Litigation Counsel to represent the company.  Mr. Cohan did so represent the company in te

Former Case throughout the Chapter 11 period, which representation was not duplicative of the

efforts of Mr. Fitzmaurice, including successfully defending against the Emergency Motion To

Prohibit The Use of Cash Collateral brought by Premier's then lender, and said former lender's

appeal therefrom as reported in *In re Golf Properties, LP*, 477 B.R. 767 (9th Cir. BAP 2012).  As a

direct result of Mr. Cohan's so representing the company, the company's post petition cash flow

essential to its operation and survival as a debtor in the Former Case remained available and

unencumbered.

       3.      Mr. Cohan's legal services in the Former Case were also necessary to assist

Mr. Fitzmaurice, from time to time, upon a number of contentious motions, including a motion for

relief from stay. That motion encompassed a three (3) month discovery period and a ten (10) day

evidentiary hearing. Mr. Cohan's services were not duplicative of Mr. Fitzmaurice's services

therein, and in fact,  he made only such appearances at the evidentiary hearing as were required of

him.

       4.      Throughout the Chapter 11 period of the Former Case described above, Mr. Cohan

developed an understanding of both the Premier business, and the unique adversary issues that it

faces as a Chapter 11 debtor. When the former secured lender failed to honor the terms of the

resolution agreement with Premier and latterly sold the Premier note and deed of trust to another,

Premier was forced to initiate this proceeding. To do so, and in anticipation of the adversary claims

inherent in the former secured lender's conduct, as well as the those that we anticipate to face from

creditors, we again sought the services of Darvy Mack Cohan, given his knowledge of our company

and prior successful representation of Premier, to act as Special Litigation Counsel.

       5.      Rather than being duplicative of the services of Mr. Fitzmaurice, the services of Mr.

Cohan, as Special Litigation Counsel, when necessary, will prevent Mr. Fitzmaurice from being

distracted in adversary proceedings, and allow him to concentrate on the company's business and its

duties as a debtor in these Chapter 11 proceedings in proposing its plan of reorganization.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed at San Diego, California on March 14, 2015.

DARYL IDLER

Ch 11 Bankruptcy Case Number   15-01068-CL11

## PROOF OF SERVICE

I, the undersigned, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 7855 Ivanhoe Avenue, Suite 400, La Jolla, California 92037.  March 14, 2015, I served the within documents:

**DECLARATION OF DARYL IDLER RE EMPLOYMENT OF DARVY MACK COHAN AS SPECIAL LITIGATION COUNSEL**

electronically on all ECF recipients, and on the parties in this action addressed as follows:

For the U.S. Trustee
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

__X__ I placed a true copy in a sealed envelope addressed as indicated above, on March 14, 2015. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

_____ I caused overnight delivery by Federal Express of the document(s) listed above to the person(s) at the address(es) set forth above

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 14, 2015, at La Jolla, California.

/s/ J. Frisbie

J. Frisbie