```
 1  Jack F. Fitzmaurice, Esq., SBN 061129
    E-Mail: JackF@FitzmauriceLaw.com
 2  FITZMAURICE & DEMERGIAN
    1061 Tierra Del Rey, Suite 204
 3  Chula Vista, California 91910
    Phone: (619) 591-1000
 4  Fax:   (619) 591-1010

 5

 6  Attorney for Debtor-in-Possession
    PREMIER GOLF PROPERTIES LP
 7
```

**UNITED STATES BANKRUPTCY COURT**
**Southern District of California**

| In Re: | Bankruptcy No. 15-01068-LT11 |
|---|---|
| PREMIER GOLF PROPERTIES LP. | Chapter 11 Proceeding |
| Debtor-in-Possession, | **DECLARATION OF JACK F. FITZMAURICE, ESQ., IN SUPPORT OF FIRST INTERIM APPLICATION, OF FITZMAURICE & DEMERGIAN FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES.** |
| | Date: April 15, 2015<br>Time: 10:00 am<br>Dept.: 5<br>Room: 318<br>Judge: Christopher B. Latham |

19    I Jack F. Fitzmaurice, Esq., declares as follows:

20  1. I am an attorney duly licensed to practice law in the State of California and the United States Bankruptcy Court for the Southern District of California. I am partner of Fitzmaurice & Demergian, AKA Fitzmaurice & Associates (hereinafter "Fitzmaurice") General Bankruptcy Counsel to Debtor-in-Possession Premier Golf Properties LP, (hereinafter "Debtor") in this Chapter 11.

27  2. This declaration is made in support of Fitzmaurice & Demergian's First Interim Application for Compensation

1

(hereinafter "Application") for professional services rendered and reimbursement of expenses incurred in connection with its representation of Debtor in this case.

3. The matters set forth herein are of my own personal knowledge and, if called upon to do so, I could and would competently testify as to the truth of these matters, except those matters set forth on information and belief, as to which I am informed and believe are true.

4. This proceeding was initiated on February 25, 2015, by way of the filing of a petition under the auspices of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. Sec. 101 et seq. Debtor elected in its Voluntary Petition.

5. On March 19, 2015, this Court granted an order authorizing the Employment of Fitzmaurice under §327 of Title 11 of the U.S. Bankruptcy Code, as Debtor's General Bankruptcy Counsel to render his professional services. A copy of the Order is attached as Exhibit "D" to the Fee Application.

6. By this Application Fitzmaurice seeks allowance and payment of $15,875.00 in attorney's fees and $1,401.06 in expenses incurred during the period of February 25, 2015 [Date of Filing] through March 18, 2015, for a total award of $17,276.06. A summary sheet of the combined total of fees and expenses requested and the total blended hourly rate is attached as Exhibit "B" to the Fee Application.

7. I am the partner of Fitzmaurice and have been employed by Fitzmaurice since 1994. I am a lawyer, arbitrator, and mediator with an emphasis upon commercial and business litigation and transaction events, contract disputes, creditor

1   rights and remedies, business reorganization and United
2   States-Latin America dispute resolution. I graduated from the
3   University of Notre Dame in 1974 and was admitted to the
4   California bar in that same year. My billing rate is $395.00,
5   a customary compensation charged by comparably skilled
6   practitioners in cases other than cases under title 11.
7   8. Luis F. Almaraz, LL.M. is my Legal Assistant. He has been
8   employed by Fitzmaurice since 2003 upon completion of his
9   master's degree at California Western School of Law, in San
10  Diego, California. Mr. Almaraz graduated from the Autonomous
11  University of Baja California, School of Law, in Mexico, in
12  the year 2000 and was admitted to practice law in Mexico only
13  in the same year. Mr. Almaraz is not admitted to practice law
14  in California. Mr. Almaraz is certified by The State Bar of
15  California as a Registered Foreign Legal Consultant. Mr.
16  Almaraz has assisted Mr. Fitzmaurice in other bankruptcy
17  proceedings in the Southern District of California. Mr.
18  Almaraz's hourly billing rate is $225.00, which is a customary
19  compensation charged by comparably skilled professionals.
20  9. This application is my firm's First Interim Application for
21  award of attorney's fees and reimbursement of costs incurred
22  in this proceeding. I hold in trust, the sum of $4,219.02 as a
23  retainer for post-petition services. Accordingly, and pursuant
24  to the order dated March 18, 2015, I have not drawn down any
25  amount until approved by this Court. Further, on February 19,
26  2015 I received from Debtor the sum of $10,000.00 and was
27  deposited in the Fitzmaurice's trust account, creating a
28  credit balance against which fees and costs shall be charged.

3

1   I am informed and believe that any monies paid will come from
2   Debtor's operation of business and any unpaid authorized
3   balance Debtor will make monthly payments until paid in full
4   as authorized by this Court.
5   10. No understanding exists for sharing compensation received
6   or to be received by my firm for services rendered in this
7   case. Other than amounts awarded by this Court, Fitzmaurice
8   has not received or has been promised any other payments for
9   the services rendered or to be rendered in any capacity
10  whatsoever in connection with the case.
11  11. I am informed and believe that as of the date of this
12  Application, Debtor's has sufficient cash on hand to meet
13  Debtor's administrative expenses and no accrued unpaid
14  administrative expenses exists.
15  12. The first quarterly fees to the United States Trustee is
16  not yet due. The monthly operating reports shall be filed
17  shortly pursuant to the U.S. Trustee's operating and reporting
18  requirements for Chapter 11 debtors.
19  13. Copies of Fitzmaurice's billing statements for the period
20  covered by this Application are attached as Exhibit "C" to the
21  Fee Application. The billing statement sets forth in detail
22  the time spent and the specific professional services rendered
23  by Fitzmaurice.
24  14. The Application also contains a detailed narrative
25  including a summary and breakdown of fees and expenses charged
26  by category. I reviewed the narrative set forth in the
27  Application. I also reviewed the charts contained in the
28  Application which sets forth the amount of time spent and the

4

1 | fees and expenses charged by Fitzmaurice with respect to each
2 | particular matter in which Fitzmaurice provided services. To
3 | the best of my knowledge, the information contained in the
4 | narrative history and the fee and expenses charts are true and
5 | accurate.
6 |    I declare under penalty of perjury under the laws of the
7 | United States of America that the foregoing is true and correct.
8 | Executed this day of March 20, 2015, at Chula Vista, California.
9 |
10 |                     */s/ Jack F. Fitzmaurice*
11 |                     **Jack F. Fitzmaurice, Esq.**

5

Z:\cases\1654\BK\Fee Applications\JFF\First\Declaration of JFF in Support of Fee Application.01.doc