Jack F. Fitzmaurice, Esq., SBN 061129
E-Mail: fitz01@earthlink.net
FITZMAURICE & DEMERGIAN
1061 Tierra Del Rey, Suite 204
Chula Vista, California 91910
Phone: (619) 591-1000
Fax:   (619) 591-1010

Attorney for Debtor-in-Possession
Premier Golf Properties LP.

**UNITED STATES BANKRUPTCY COURT**
**Southern District of California**

In Re:

Premier Golf Properties LP.

     Debtor-in-Possession,

**Bankruptcy No. 15-01068-CL11**

**STATUS REPORT**

Date: April 29, 2015
Time: 3:00 pm
Dept. 5
Room: 318
Judge: Christopher B. Latham

    On March 18, 2015, a Status Conference was held in the above-entitled proceeding. Debtor appeared through General Bankruptcy Counsel Jack F. Fitzmaurice, Esq. The court was advised that Debtor was in the process of closing all pre-petition bank accounts because some pre-petition disbursements where pending clearance. Up to date, Debtor has closed all pre-petition bank accounts and has provided satisfactory evidence to the Office of the U.S. Trustee.

    In addition, since petition date Debtor opened new DIP accounts, whereby all post-petition monies are being managed. Debtor has deliver to the U.S. Trustee proof of the new DIP Accounts signature card and cancelled checks. To that end, the

1

1  pay-roll account checks where printed by mistake with a wrong
2  Bankruptcy Case number. Accordingly, Debtor has taken the steps
3  necessary to correct the mistake and has printed new checks with
4  the appropriate case number.
5  　　All insurance policies have been amended to include the
6  Office of the U.S. Trustee as an additional insured.
7  　　Debtor has filed all applications for employment of legal
8  counsels and order has been granted without any creditor or
9  interested party objection.
10 　　Debtor anticipates filing an Employment Application seeking
11 the employment of Leaf & Coal LLP as Debtor's accounting firm.
12 　　On March 11, 2015, Debtor filed a Notice of Intended Action
13 and Opportunity Hearing [Doc 22] seeking allowance of insider
14 compensation of Premier Golf Property Management, Inc., Debtor's
15 Management Company and General Partner. To that end, on April 6,
16 2015, Secured Creditor Cottonwood Cajon ES, LLC, objected [Doc
17 50], hearing was scheduled for April 29, 2015 and on April 10
18 2015 Debtor filed reply [Doc 55].
19 　　Debtor has not filed a motion for use of cash collateral.
20 Debtor is not using cash collateral.
21 　　The Court has set May 15, 2015 to file claims against
22 Debtor's estate [Doc 29]. The order was served on all creditors
23 and interested parties [Doc 33].
24 　　On April 7, 2015 Debtor filed its first operating report
25 [Doc 52].
26 　　///
27 　　///
28 　　///

2

Debtor has filed all schedules, amendment to schedules, statements and amendment to statements, and has provided the Office of the U.S. Trustee with a 90-day cash flow budget.

Respectfully submitted,

Dated: April 20, 2015         Premier Golf Properties, LP

*/s/ Jack F. Fitzmaurice*
**by Jack F. Fitzmaurice, Esq.**
as General Bankruptcy Counsel for
Premier Golf Properties, LP.