UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PREMIER GOLD PROPERTIES, LP,<br><br>Debtor.<br><br>RICHARD M. KIPPERMAN, Chapter 7 Trustee,<br><br>Appellant,<br><br>v.<br><br>COTTONWOOD CAJON ES, LLC,<br><br>Appellee. | Case No.: 20-CV-2008 JLS (AHG)<br><br>**ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE**<br><br>(ECF No. 6) |

  Presently before the Court is the Parties' Stipulation to Dismiss Appeal with Prejudice ("Stipulation," ECF No. 6), entered into by and between Appellant Richard M Kipperman, the Chapter 7 Trustee of the bankruptcy estate of Premier Golf Properties, LP, and Appellee Cottonwood Cajon ES LLC. Good cause appearing, the Court **APPROVES** the Stipulation in its entirety. As stipulated by the Parties, the Court **DISMISSES WITH**

///

///

///

1 **PREJUDICE** the Appeal. No further notice or hearing is required to effectuate the
2 foregoing. The Clerk of Court will close the file.
3     **IT IS SO ORDERED**.
4 Dated: March 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge